UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            Case No. 04CR278

DANTE N. COLEMAN,

    Defendant.

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

The United States of America, by and through its attorneys, Gregory J. Haanstad, United States Attorney, and Lisa Wesley, Assistant United States Attorney, hereby request the defendant's motion for early termination of supervised release be denied

1. On January 15, 2023, the defendant filed a motion seeking early termination of his six-year term of supervised release. As grounds, Coleman asserts he no longer qualifies as a career offender and that designation should not be an impediment to his early discharge from supervision.

2. Coleman, however, has been in state custody for the last eight months on new criminal charges filed in Milwaukee County Case Number 2022CF1966 for Felon in Possession of a Firearm, Resisting an Officer-Substantial Bodily Harm/Soft Tissue Injury and Disorderly Conduct. In addition to the pending charges, Coleman has other violations of supervised release including failing to report to his agent on four separate occasions and testing positive for marijuana. Based on the above violations, on May 24, 2022, this Court entered an order for the issuance of a warrant to serve as a detainer.

3. The United States Probation Office plans to seek revocation after the state case is concluded. Coleman has not yet appeared in federal court on the violations of supervised release. Based on the foregoing, Coleman is not a candidate for early termination of supervised release.

Dated at Milwaukee, Wisconsin this 24th day of January 2023.

Respectfully Submitted,

GREGORY J. HAANSTAD
United States Attorney

By:

s/LISA WESLEY
Assistant United States Attorney