# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | PRELIMINARY HEARING |
| v. | CASE NUMBER 04-cr-278 |
| DANTE N. COLEMAN | |

| | |
|---|---|
| HONORABLE WILLIAM E. DUFFIN, presiding | Court Reporter: Liberty |
| Deputy Clerk: Mary Murawski | Hearing Began: <u>10:00:54</u> |
| Hearing Held: February 9, 2023 at 10:00 A.M. | Hearing Ended: <u>10:11:00</u> |

**Appearances:**
UNITED STATES OF AMERICA by: Lisa A. Wesley
DANTE N. COLEMAN, in person, and by: Lew A. Wasserman
U.S. PROBATION OFFICE by: Michael J. Rudig
INTERPRETER: ☑ None ☐ Sworn

- ☐ Defendant consents to proceed via video
- ☐ Defendant waives right to a preliminary hearing
    - ☐ *See* signed Waiver of Preliminary Hearing
    - ☐ Court accepts oral waiver
- ☐ Arraignment and Plea set for: Date/Time

10:04 Government calls PTO Michael Rudig to the stand.
10:05 Record reflects the identification of Mr. Coleman by PTO Rudig.
10:06 Cross-examination.
10:09 Having considered the evidence today, court finds probable cause that defendant violated his conditions of supervised release. Defendant will remain in custody and appear for any future court proceedings.